**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NALESH PRASAD, | No. CIV S 07-1761 LKK CMK P |
| Petitioner, | |
| vs. | ORDER |
| ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Pending before the court is petitioner's application for leave to proceed in forma pauperis (Doc. 2). Petitioner has not, however, submitted a ". . . certification from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution" as required by Rule 3(a)(2) of the Federal Rules Governing Section 2254 Cases. Petitioner will be provided the opportunity to submit the required certification or the appropriate filing fee. Petitioner is warned that failure to comply with this order may result in the dismissal of this action. See Local Rule 11-110.

1  Also pending before the court is petitioner's request for appointment of counsel
2  (Doc. 3).  There currently exists no absolute right to appointment of counsel in habeas
3  proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C.
4  § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice
5  so require."  See Rule 8(c) of the Federal Rules Governing Section 2254 Cases.  In the present
6  case, the court does not find that the interests of justice would be served by the appointment of
7  counsel at the present time.
8  Finally, addressing the petition, "[a] petitioner for habeas corpus relief must name
9  the state officer having custody of him or her as the respondent to the petition."  Stanley v.
10 California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994); see also Rule 2(a) of the Federal
11 Rules Governing Section 2254 Cases.  Here, petitioner does not name the prison warden but
12 names only the "Attorney General for the State of California."  Because petitioner has not named
13 the appropriate state officer, the petition must be dismissed with leave to amend to name the
14 correct respondent.  See Stanley, 21 F.3d at 360.  Petitioner is warned that failure to comply with
15 this order may result in the dismissal of this action.  See Local Rule 11-110.
16 Accordingly, IT IS HEREBY ORDERED that:
17     1.   Within 30 days of the date of this order, petitioner shall submit a
18 certification as required by Rule 3(a)(2), or the appropriate filing fee;
19     2.   Petitioner's request for appointment of counsel (Doc. 3) is denied;
20     3.   Petitioner's petition (Doc 1) is dismissed with leave to amend;
21     4.   Petitioner shall file an amended petition on the form employed by this
22 court, and which names the proper respondent and states all claims and requests for relief, within
23 30 days of the date of this order;
24     5.   The Clerk of the Court is directed to send petitioner the court's form
25 habeas corpus application; and
26 ///

6. The Clerk of the Court is further directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: September 26, 2007.

    _____
    **CRAIG M. KELLISON**
    UNITED STATES MAGISTRATE JUDGE